UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                  Case No.  5:99-cr-12-Oc-10GRJ

CHARLES ALLEN CARTER
_____/

**O R D E R**

On February 5, 2001, Defendant Charles Allen Carter pled guilty to one count of conspiracy to distribute 50 grams or more of "crack" cocaine in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C), 841(b)(1)(A)(iii) and 846.[1] At the sentencing hearing held on May 24, 2001, the Court sentenced the Defendant to a term of 168 months imprisonment. Judgment was entered accordingly on May 30, 2001 (Doc. 200).

This case comes before the Court for consideration of the United States' motion for reduction in the Defendant's sentence (Doc. 204) pursuant to Rule 35(b)(2)(C) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3553(e). The Government's motion requests a reduction of the Defendant's sentence by the equivalent of two offense levels (corresponding to a guideline range of 140-175 months incarceration) and in support recites that the Defendant has cooperated with the Government in building a successful case against Richard Nunes in the Northern District of Florida.[2]

---

[1] Doc. 183.

[2] 5:04-CR7-MCR

## Conclusion

Accordingly, upon due consideration of the Defendant's substantial assistance, it is ordered that:

(1) the United States' motion for a reduction in the Defendant's sentence pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3553(e) (Doc. 204) is GRANTED;

(2) Defendant Charles Allen Carter's sentence is reduced by two offense levels and the commitment sentence imposed upon Defendant Charles Allen Carter is hereby reduced from 168 months to 150 months;

(3) the judgment entered on May 30, 2001 (Doc. 200) is hereby amended to the extent set forth in this Order, and in all other respects, the judgment shall remain undisturbed; and

(4) the Clerk is directed to furnish a copy of this Order to counsel of record, the Defendant, the United States Marshal, the Bureau of Prisons, and the United States Probation Officer.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of May, 2005.

UNITED STATES DISTRICT JUDGE

Copies to:   United States Attorney
United States Marshal
United States Probation Office
U.S. Pretrial Services Office
Counsel of Record
Maurya McSheehy, Courtroom Deputy
CHARLES ALLEN CARTER